*Benjamin H. Siff* and *William W. Heiberger* for appellant. *Ignatius M. Wilkinson, Corporation Counsel (Morris Shapiro* and *James Hall Prothero* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

ROBERT BURKHARDT, Respondent, *v.* A. & H. KARSTEN, INC., et al., Appellants.

Argued October 3, 1945; decided October 25, 1945.

*Robert J. Sykes, C. Murray Kavanagh* and *Leo F. Potts* for A. & H. Karsten, Inc., appellant.

*Jacob D. Fishman* and *John E. Liggio* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.